IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| **ROBERT McBRIDE,** | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil No. **06-1017-JPG** |
| **CSX TRANSPORTATION, INC.,** | ) | |
| Defendant. | ) | |

# ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion to Compel the Attendance of John Silver at the July 31, 2008, Settlement Conference. **(Doc. 29)**. Defendant has filed a memorandum in opposition at **Doc. 30.**

This court's order setting the settlement conference is clear:

The purpose of the settlement conference is to permit an informal discussion of every aspect of the lawsuit bearing on its settlement value and to discuss, propose and consider, and in appropriate instances to enter into settlement agreements. For these purposes it is essential that in addition to trial counsel the individual parties be present and *in the case of corporate parties and insurance carriers a representative executive with unrestricted authority to discuss, consider, propose and agree, or disagree, to any settlement proposal or offer.*

**See, Doc. 17(emphasis added).**

The court will not order the attendance of a specific individual. Rather, the court presumes that the parties understand the court's requirements and will comply with same. Failure to do so will result in appropriate sanctions.

Wherefore, plaintiff's Motion to Compel the Attendance of John Silver at the July 31, 2008, Settlement Conference **(Doc. 29)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE:  July 22, 2008.**            s/ Clifford J. Proud
                                     **CLIFFORD J. PROUD**
                                     **UNITED STATES MAGISTRATE JUDGE**