UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT MCBRIDE,

    Plaintiff,

    v.

CSX TRANSPORTATION INC.,

    Defendant.

Case No. 06-cv-1017-JPG

## JUDGMENT

This matter having been tried before a jury, and the jury having rendered a verdict finding liability on the part of Defendant CSX Transportation Inc., and assessing damages to Plaintiff Robert McBride in the amount of $275,000.00 (two hundred and seventy-five thousand dollars), and further assessing Plaintiff's percentage of contributory negligence at 33% (thirty-three percent) and Defendant's percentage of contributory negligence at 67% (sixty-seven percent), **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Robert McBride for the sum of **$184,250.00 (one hundred and eighty-four thousand two hundred and fifty dollars) plus costs**, and against Defendant CSX Transportation Inc.

**DATED: August 21, 2008**               **NORBERT JAWORSKI**

                                                 By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**

**DISTRICT JUDGE**