# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

| | |
|---|---|
| ROBERT MCBRIDE,<br>*Plaintiff(s)*<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br>*Defendant(s)* | Case Number:  06-CV-1017-JPG |

## ORDER DISPOSING OF EXHIBITS

On January 13, 2017, the Clerk of Court gave notice to Defendant that unless arrangements were made within **30 days** to remove its exhibits, the exhibits would be destroyed or otherwise disposed of pursuant to Local Rule 79.1 (Doc. 93).  Because Defendant has failed to comply with the requirements of this notice,

IT IS ORDERED that the exhibits in the custody of the Clerk shall be destroyed or otherwise disposed of as the Clerk deems appropriate.

Dated: March 6, 2017

s/*J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE